YODER v. BOARD OF COMMISSIONERS

No. 62 PC.

Case below:   7 N.C. App. 712.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 12 June 1970.